Daniel C. Fleming (SBN 314283)
**WONG FLEMING, P.C.**
400 Alexander Park, Suite 201
Princeton, NJ, 08540
Phone: (609)-951-9520                                JS-6
Fax: (609)-951-0270
Email: dfleming@wongfleming.com
*Attorneys for Defendant, Toyota Motor Credit Corporation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division-Los Angeles**

| | |
|---|---|
| F. MICHAEL DAVIS, | : CASE NO. 2:25-CV-12105-JFW-SSCx |
| Plaintiff, | : |
| | : Hon. John F. Walter |
| vs. | : |
| TOYOTA MOTOR CREDIT CORPORATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC., TRANS UNION, LLC; and DOES 1-10 INCLUSIVE, | : **ORDER** : : : |
| Defendants. | |

## ORDER

**THE COURT**, having reviewed the Joint Stipulation between plaintiff F. Michael Davis and defendant Toyota Motor Credit Corporation (collectively, the "Parties") to Compel Arbitration and Stay Case Pending Arbitration, and good cause having been shown, it is hereby:

**ORDERED** that the Parties will arbitrate the claims asserted against defendant Toyota Motor Credit Corporation alleged in plaintiff F. Michael Davis' Complaint, pursuant to, and consistent with, the Agreement attached to the Parties' stipulation, and it is further;

**ORDER COMPELLING ARBITRATION BETWEEN PLAINTIFF F. MICHAEL DAVIS AND DEFENDANT TOYOTA MOTOR CREDIT CORPORATION**

ORDERED that all claims between plaintiff F. Michael Davis and defendant Toyota Motor Credit Corporation only are **STAYED** pending the completion of arbitration, this Order does not impact Plaintiff's claims against the other named defendants, and it is further;

ORDERED that the Court shall retain jurisdiction over claims for all issues thereto that require judicial intervention outside the scope of an arbitrator's authority, pursuant to the terms of the Agreement.

**IT IS SO ORDERED.**
Dated:  January 30, 2026

_____
Hon. John F. Walter
United States District Court Judge

**ORDER COMPELLING ARBITRATION BETWEEN PLAINTIFF F. MICHAEL
DAVIS AND DEFENDANT TOYOTA MOTOR CREDIT CORPORATION**